No. 04–8525.  REED *v.* ARIZONA.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*  JUSTICE STEVENS dissents.  See *id.,* at 4, and cases cited therein.

No. 04A695 (04–8680).  TORRES *v.* MOON ET AL.  C. A. 9th Cir.  Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied.

No. 04M48.  CLARK *v.* MCLEOD.  Renewed motion for leave to file petition for writ of certiorari under seal with redacted copies for the public record granted.

No. 04M62.  DOWNS *v.* SOUTH CAROLINA.  Motion for leave to proceed *in forma pauperis* without affidavit of indigency executed by petitioner denied.

No. 04M63.  JANNEH *v.* MANPOWER INCORPORATED OF NEW YORK ET AL.;
No. 04M64.  WATTS *v.* FLORIDA DEPARTMENT OF STATE;
No. 04M65.  WANSLEY *v.* WILSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.; and
No. 04M66.  CALDERON *v.* FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 04–1049.  CARPENTERS HEALTH AND WELFARE TRUST FOR SOUTHERN CALIFORNIA *v.* VONDERHARR ET AL.  C. A. 9th Cir.  The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.